**UNITED STAES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

Travis Marc Stayer and Rachael Marie Stayer,    Case No.**16-30461-KKS**

Debtor(s).    Chapter 7(J)

_____/

**ORDER GRANTING DEBTORS' EX PARTE MOTION TO ENLARGE THE TIME TO FILE A REAFFIRMATION AGREEMENT (Doc. #23)**

**THIS CASE** came before the Court on Debtors' Motion to Enlarge the Time to File a Reaffirmation Agreement (Doc. #23), and this Court having considered this matter, it is:

**ORDERED** that

1. Debtors' Motion is **GRANTED**.

2. The time period for filing a reaffirmation shall be extended 30 days from the date of this Order.

DONE AND ORDERED on  October 6, 2016                              .

_____
KAREN K. SPECIE,
**U.S. Bankruptcy Judge**

This Order prepared by: (Amended in Chambers)
William T. Shaffer, Esq,, Debtors' Counsel

Attorney, William T. Shaffer is directed to serve a copy of this order on interested parties and file proof of service within 3 days of entry of this judgement.